**Sherman GUINN, Appellant,**

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI, and The City of Kansas City, Missouri, Personnel Department, Respondents.**

**No. WD 39839.**

Missouri Court of Appeals, Western District.

April 26, 1988.

Samuel McHenry, Legal Aid, Kansas City, for appellant.

Richard Ward, City Atty., Kansas City, for respondents.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment affirming order of Labor and Industrial Relations Commission disqualifying Sherman Guinn from un-

employment compensation benefits claimed under Chapter 288, RSMo 1986.

Affirmed. Rule 84.16(b).